JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SYLEE CASTLE, | ) Case No. CV 16-9411-JVS (JDE) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| J. TEANEY, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: February 21, 2018

_____
JAMES V. SELNA
United States District Judge